UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Arcelia Zamora, <br><br> Plaintiff, <br> v. <br><br> GE Capital Retail Bank, <br><br> Defendant. | Civil Action No.: 4:14-cv-00234-O |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against GE Capital Retail Bank with prejudice and without costs to any party.

| Arcelia Zamora | GE Capital Retail Bank |
|---|---|
| /s/ *Jenny DeFrancisco* | /s/ *Michael H. Bernick* |
| Jenny DeFrancisco, Esq. <br> CT Bar No.: 432383 <br> Lemberg Law, L.L.C. <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT 06905 <br> Telephone: (203) 653-2250 <br> Attorney for Plaintiff | Michael H. Bernick, Esq. <br> Reed Smith LLP <br> 811 Main Street, Suite 1700 <br> Houston, Texas 77002 <br> Telephone: (713) 469-3800 <br> Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                      By /s/ Jenny DeFrancisco
                                                           Jenny DeFrancisco